# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

Jordana Bauman

                      Appellant

V.                       **JUDGMENT IN A CIVIL CASE**

Thomas H. Billingslea

                         **CASE NUMBER:**   12cv2667-IEG(BLM)

                      Appellee

[ ]   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X]   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the Court dismissed the action as duplicative. Case is closed................................................................

| January 8, 2013 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | S/ J. Haslam |
| | (By) Deputy Clerk |
| | ENTERED ON January 8, 2013 |

12cv2667-IEG(BLM)